**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**KENNETH SIMMONS,**

      **Plaintiff,**

  vs.

**VIAQUEST RESIDENTIAL
SERVICES, LLC,**

      **Defendant.**

Case No. 2:23-cv-201
Chief Judge Sarah D. Morrison
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on the Joint Status Report. (ECF No. 38.) The parties request that the stay be extended until April 30, 2025. (*Id.*) For good cause shown, the Motion is **GRANTED**. The case is **STAYED** until **APRIL 30, 2025**. The parties are directed to file a written **JOINT STATUS REPORT** no later than **APRIL 30, 2025**, detailing the status, but not the substance of, settlement negotiations and proposing new case deadlines if settlement was not reached.

    **IT IS SO ORDERED.**

**Date: March 18, 2025**                    /s/ *Elizabeth A. Preston Deavers*
                                                   **ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**