## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**KENNETH SIMMONS,**

    **Plaintiff,**

vs.                                  Case No. 2:23-cv-201
                                        Chief Judge Sarah D. Morrison
                                        Magistrate Judge Elizabeth P. Deavers

**VIAQUEST RESIDENTIAL**
**SERVICES, LLC,**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Status Report. (ECF No. 40.) The parties request that the stay be extended until June 30, 2025. (*Id.*) For good cause shown, the Motion is **GRANTED**. The case is **STAYED** until **JUNE 30, 2025**. The parties are directed to file a written **JOINT STATUS REPORT** no later than **JUNE 30, 2025**, detailing the status, but not the substance of, settlement negotiations and proposing new case deadlines if settlement was not reached.

    **IT IS SO ORDERED.**

**Date: April 17, 2025**                            /s/ *Elizabeth A. Preston Deavers*
                                                **ELIZABETH A. PRESTON DEAVERS**
                                                **UNITED STATES MAGISTRATE JUDGE**